IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ____Kenai____

# COMPLAINT

Related Search Warrant(s): 3AN-15-1123SW

State of Alaska,
        Plaintiff,
vs.
MCLAUGHLIN, MICHAEL
        Defendant 01 of 01.

Date of Birth: 03/10/1965    APSIN: 5132991
Operator License Number: 5132991
State: ☒ AK    ☐    CLASS ID CDL? ☐ Yes ☒ No
Mailing Address: PO BOX 459
City: Sterling    State: AK    ZIP: 99672

FILED IN THE TRIAL COURTS
STATE OF ALASKA THIRD DISTRICT
AT KENAI ALASKA

MAY 1 5 2015

Clerk of the Trial Courts
By____8:54____Deputy

CASE NO. 3KN-15-688CR

## STATEMENT OF CHARGES:

| Defendant(s) | ATN | CTN | Date Offense | Offense Location |
|---|---|---|---|---|
| MCLAUGHLIN, MICHAEL | 114775407 | 002 | 05/14/15 | Kenai |
| Statute/Reg/Ordinance (from UOCT) | Offense Title | | | Modifier |
| *AS 11.46.500(a)* <br><br> Class: B Felony | FORGERY IN THE FIRST DEGREE | | | ☐ Attempt - AS 11.31.100 <br> ☐ Solicitation - AS 11.31.110 <br> ☐ Conspiracy - AS 11.31.120 <br> ☐ Gang-Related - AS 12.55.137 |

DV Related: ☐ Yes ☒ No    ☐ Motor Vehicle Used in Commission of Offense – AS 28.15.181(a)
If Traffic Offense: ☐ Highway Work Zone    ☐ Traffic Safety Corridor
Commercial Vehicle? ☐ Yes ☐ No   If Yes, type: ☐ >26,000 lbs. ☐ >15 passengers ☐ Hazardous Materials

THE COMPLAINANT STATES that on or about the 14th day of May, 2015 at or near Kenai in the Third Judicial District, State of Alaska, the above named Defendant did unlawfully commit the offense of <u>Forgery in the First Degree,</u> when he/she violated AS 11.46.510 and the written instrument was or purported to be

☒ part of an issue of money, securities, postage, revenue, stamps, or other valuable instrument issued by a government or governmental agency;    AS 11.46.500(a)(1)

☐ part of an issue of stock, bonds, or other instruments representing interests in or claims against an organization or it's property.    AS 11.46.500(a)(2)

#1 Criminal Complaint - 1 count - Perjury Cert. (10/13)
Criminal Rule 3      Page 1 of 2

Case 3:16-cv-00061-RRB Document 1-1 Filed 03/08/16 Page 1 of 3
Exhibit A-1

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT _____Kenai_____

# COMPLAINT

Related Search Warrant(s): _____

FILED IN THE TRIAL COURTS
STATE OF ALASKA THIRD DISTRICT
AT KENAI ALASKA

MAY 15 2015

Clerk of the Trial Courts

By_____Deputy

| State of Alaska, | |
|---|---|
| | Plaintiff, |
| vs. | |
| MCLAUGHLIN, MICHAEL | Defendant 01 of 01. |

| Date of Birth: 03/10/1965 | 5132991 |
|---|---|
| Operator License Number: 5132991 | |
| State: ☒ AK ☐ | CLASS ID CDL? ☐ Yes ☒ No |
| Mailing Address: PO Box 459 | |
| City: Sterling | State: AK | ZIP: 99672 |

CASE NO. 3KN-15-688CR

## STATEMENT OF CHARGES:

| Defendant(s) | ATN | CTN | Date Offense | Offense Location |
|---|---|---|---|---|
| MCLAUGHLIN, MICHAEL | 114775407 | 001 | 05/14/15 | KENAI |

| Statute/Reg/Ordinance (from UOCT) | Offense Title | Modifier |
|---|---|---|
| AS 11.56.757(a) | Violating Conditions of Release | ☐ Attempt - AS 11.31.100<br>☐ Solicitation - AS 11.31.110<br>☐ Conspiracy - AS 11.31.120<br>☐ Gang-Related - AS 12.55.137 |

Class:
☒ Class A Misdemeanor or
☐ Class B Misdemeanor

DV Related: ☐ Yes ☐ No    ☐ Motor Vehicle Used in Commission of Offense – AS 28.15.181(a)

If Traffic Offense:    ☐ Highway Work Zone    ☐ Traffic Safety Corridor
Commercial Vehicle?  ☐ Yes  ☐ No  If Yes, type: ☐ >26,000 lbs.  ☐ >15 passengers  ☐ Hazardous Materials

THE COMPLAINANT STATES that on or about the __14th__ day of __May__, __2015__ at or near __Kenai__ in the __Third__ Judicial District, State of Alaska, the above named Defendant did unlawfully and knowingly commit the offense of <u>Violation of Conditions of Release</u> when, while having been charged with or convicted of a crime and under conditions of release under AS 12.30, he/she violated a condition of release imposed by a judicial officer under AS 12.30 other than to appear as ordered, to-wit: the defendant,

☐ Possessed/consumed alcohol              ☐ Was where alcohol was sold or consumed
☒ Possessed/consumed drugs                ☐ No Contact with _____
☐ Other _____

#1 Criminal Complaint - 1 count – Perjury Cert. (10/16/13) VCOR    "Exhibit A-7"    Page 1 of 2
Criminal Rule 3

Case 3:16-cv-00061-RRB   Document 1-1   Filed 03/08/16   Page 2 of 3

Probable Cause Statement: On 5/14/15 at approximately 1833 hours, the defendant was arrested for violating conditions of release. Upon search incident to arrest, Officer Lee observed a counterfeit $100 bill in the wallet of the defendant in the pocket normally designated for carrying currency. Officer Lee recognized the bill to be similar to four other counterfeit notes passed at local businesses in Kenai and Soldotna since February 2015. The note bore what appears to be red chinese characters and black hash marks on the corner of the bill. When interviewed regarding the counterfeit note, MCLAUGHLIN remained evasive about the origins of the note stating it was just a novelty item and would not identify where the note was obtained.

VRA CERTIFICATION. I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

I certify under penalty of perjury that the foregoing is true.

_5/15/2015_
Date

_[signature]_
Complainant's Signature

Officer Charles Lee
Type or Print Name and Title

Subscribed and sworn to or affirmed before me at _Kenai_, Alaska, on _5/15/15_.

_Danielle Thompson_
Notary Public or other person authorized to administer oaths.

(SEAL)

My commission expires: _w/ofc_
Type or Print Name and Title