**Offender Name:** MCLAUGHLIN, MICHAEL LEE
**Offender Number:** 166227
**Location:** WILDWOOD PRETRIAL  1 16 T
**Legal Status:** UNSENTENCED
**Status Date:** 07/22/2015
**Date Of Birth:** 03/10/1965
**Account Balance:** 0.45

**Custody Level:** MEDIUM - FELON
**Ad-Seg Status:**
**Field PO:**
**Institution PO:** NYE, BRAD A
**Release Date:**
**Parole Eligibility Date:**
**Next Hearing Date:**

## Location History Listing

| Body Location Description | Reason | Begin Date | End Date | Days | |
|---|---|---|---|---|---|
| WILDWOOD PRETRIAL | ARRESTED/REMANDED | 07/22/2015 | | 6 | |
| D/CHG OUT OF SYSTEM | RLS ON BAIL/BOND | 06/11/2015 | 07/22/2015 | 42 | |
| WILDWOOD PRETRIAL | ARRESTED/REMANDED | 05/14/2015 | 06/11/2015 | 29 | ← IN CUSTODY |
| D/CHG OUT OF SYSTEM | PROBATION - COMPLETE | 05/08/2015 | 05/14/2015 | 7 | |
| D/CHG OUT OF SYSTEM | RLS ON BAIL/BOND | 05/07/2015 | 05/08/2015 | 2 | |
| WILDWOOD PRETRIAL | ARRESTED/REMANDED | 03/26/2015 | 05/07/2015 | 43 | ← IN CUSTODY |
| KENAI PROB | RLS ON BAIL/BOND | 03/03/2015 | 03/26/2015 | 24 | |
| WILDWOOD PRETRIAL | ARRESTED/REMANDED | 01/22/2015 | 03/03/2015 | 41 | ← IN CUSTODY |
| KENAI PROB | RLS ON BAIL/BOND | 01/02/2015 | 01/22/2015 | 21 | |
| WILDWOOD PRETRIAL | ARRESTED/REMANDED | 12/31/2014 | 01/02/2015 | 3 | |
| KENAI PROB | RLS TO OWN RECOGNIZANCE | 11/03/2014 | 12/31/2014 | 59 | |
| WILDWOOD CC | MOVE/PRISON HOUSING | 10/06/2014 | 11/03/2014 | 29 | |
| WILDWOOD PRETRIAL | ARRESTED/REMANDED | 10/03/2014 | 10/06/2014 | 4 | |
| KENAI PROB | RLS TO OWN RECOGNIZANCE | 07/10/2014 | 10/04/2014 | 87 | |
| WILDWOOD CC | MOVE/PRISON HOUSING | 02/19/2014 | 07/10/2014 | 142 | |
| IN TRANSIT | MOVE/PRISON HOUSING | 02/19/2014 | 02/19/2014 | 1 | |
| WILDWOOD PRETRIAL | ARRESTED/REMANDED | 02/18/2014 | 02/19/2014 | 2 | |
| KENAI PROB | RLS-TIME SERVED | 11/21/2013 | 02/18/2014 | 90 | |
| WILDWOOD TRANSITIONAL | MOVE/PRISON HOUSING | 10/29/2013 | 11/21/2013 | 24 | |
| WILDWOOD CC | MOVE/PRISON HOUSING | 10/17/2013 | 10/29/2013 | 13 | |
| WILDWOOD PRETRIAL | ARRESTED/REMANDED | 10/15/2013 | 10/17/2013 | 3 | |
| KENAI PROB | RLS ON BAIL/BOND | 08/06/2013 | 10/15/2013 | 71 | |
| D/CHG OUT OF SYSTEM | RLS ON BAIL/BOND | 08/06/2013 | 08/06/2013 | 1 | |
| WILDWOOD CC | MOVE/PRISON HOUSING | 08/05/2013 | 08/06/2013 | 2 | |
| IN TRANSIT | MOVE/PRISON HOUSING | 08/05/2013 | 08/05/2013 | 1 | |

Record(s) displayed/found: 1-25/74
Page (s): 1  2  3

[Back]

Source File: w_psi_s1_31.jsp

**Offender Name:** MCLAUGHLIN, MICHAEL LEE     **Custody Level:** MEDIUM - FELON
**Offender Number:** 166227     **Ad-Seg Status:**
**Location:** WILDWOOD PRETRIAL 1 23 B     **Field PO:**
**Legal Status:** UNSENTENCED     **Institution PO:** BAILIE, KRISTINE M
**Status Date:** 12/16/2015     **Release Date:**
**Date Of Birth:** 03/10/1965     **Parole Eligibility Date:**
**Account Balance:** 0.00     **Next Hearing Date:**

## Location History Listing

| Body Location Description | Reason | Begin Date | End Date | Days | Annotations |
|---|---|---|---|---|---|
| WILDWOOD PRETRIAL | ARRESTED/REMANDED | 12/16/2015 | | 28 | STATE v MCLAUGHLIN 3KN-15-1864C CONSPIRACY (CONTROLLED SUBSTANCE) |
| D/CHG OUT OF SYSTEM | *RLS ON BAIL/BOND | 10/10/2015 | 12/16/2015 | 68 | STATE v McLAUGHLIN 3KN-15-1066CR BOGUS PRICE AVENUE RAID |
| WILDWOOD PRETRIAL | ARRESTED/REMANDED | 07/22/2015 | 10/10/2015 | 81 | |
| D/CHG OUT OF SYSTEM | *RLS ON BAIL/BOND | 06/11/2015 | 07/22/2015 | 42 | STATE v McLAUGHLIN 3KN-15-688CR BOGUS FORGERY CHARGE |
| WILDWOOD PRETRIAL | ARRESTED/REMANDED | 05/14/2015 | 06/11/2015 | 29 | |
| D/CHG OUT OF SYSTEM | PROBATION - COMPLETE | 05/08/2015 | 05/14/2015 | 7 | STATE v McLAUGHLIN 3KN-15-630CR DRUGS IN POSSESSION OF ANOTHER |
| D/CHG OUT OF SYSTEM | *RLS ON BAIL/BOND | 05/07/2015 | 05/08/2015 | 2 | SEE Exhibit GROUP C |
| WILDWOOD PRETRIAL | ARRESTED/REMANDED | 03/26/2015 | 05/07/2015 | 43 | STATE v McLAUGHLIN 3KN-15-147CR DRUGS FOUND IN VEHICLE OF ANOTHER McLAUGHLIN ARRESTED / DRIVER RELEASED AT SCENE |
| KENAI PROB | *RLS ON BAIL/BOND | 03/03/2015 | 03/26/2015 | 24 | |
| WILDWOOD PRETRIAL | ARRESTED/REMANDED | 01/22/2015 | 03/03/2015 | 41 | |
| KENAI PROB | *RLS ON BAIL/BOND | 01/02/2015 | 01/22/2015 | 21 | STATE v McLAUGHLIN, 3HO-06-506 CR McLAUGHLIN ARRESTED FOR ALCOHOL CONSUMPTION, AFTER 3 DAY STAKE OUT |
| WILDWOOD PRETRIAL | ARRESTED/REMANDED | 12/31/2014 | 01/02/2015 | 3 | |
| KENAI PROB | *RLS TO OWN RECOGNIZANCE | 11/03/2014 | 12/31/2014 | 59 | STATE v McLAUGHLIN, 3HO-06-506 CR PROBATION ARREST - DISCOVERED NEW RESIDENCE WHILE ALLEGEDLY SEARCHING FOR FUGITIVES |
| WILDWOOD CC | MOVE/PRISON HOUSING | 10/06/2014 | 11/03/2014 | 29 | |
| WILDWOOD PRETRIAL | ARRESTED/REMANDED | 10/03/2014 | 10/06/2014 | 4 | |
| KENAI PROB | *RLS TO OWN RECOGNIZANCE | 07/10/2014 | 10/04/2014 | 87 | McLAUGHLIN v STATE, 3HO-06-506CR BOGUS DOMESTIC ASSAULT ALLEGATION RESULT IN ARREST FOR PROBATION VIOLATION - LOST HOME & BUSINESS |
| WILDWOOD CC | MOVE/PRISON HOUSING | 02/19/2014 | 07/10/2014 | 142 | |
| IN TRANSIT | MOVE/PRISON HOUSING | 02/19/2014 | 02/19/2014 | 1 | |
| WILDWOOD PRETRIAL | ARRESTED/REMANDED | 02/18/2014 | 02/19/2014 | 2 | |
| KENAI PROB | *RLS-TIME SERVED | 11/21/2013 | 02/18/2014 | 90 | McLAUGHLIN v STATE, 3KO-06-506 CR OPA & OTHERS CONSPIRE TO HAVE McLAUGHLIN ARRESTED THEN COMMENCE CIVIL LITIGATION Arnold v McLaughlin, 3KN-13-936 CI |
| WILDWOOD TRANSITIONAL | MOVE/PRISON HOUSING | 10/29/2013 | 11/21/2013 | 24 | |
| WILDWOOD CC | MOVE/PRISON HOUSING | 10/17/2013 | 10/29/2013 | 13 | |
| WILDWOOD PRETRIAL | ARRESTED/REMANDED | 10/15/2013 | 10/17/2013 | 3 | |
| KENAI PROB | *RLS ON BAIL/BOND | 08/06/2013 | 10/15/2013 | 71 | |
| D/CHG OUT OF SYSTEM | *RLS ON BAIL/BOND | 08/06/2013 | 08/06/2013 | 1 | |

Record(s) displayed/found: 1-25/76

Page(s): 1 2 3 4

[Back]

Source File: w_psi_s1_31.jsp

\* DAYS AT LIBERTY OR ON CONDITIONAL (SUPERVISED) RELEASE SINCE 10/15/13
                TOTAL - 360 OUT OF 807 DAYS

\# OUT OF SAME 807 DAYS 447 DAYS SPENT IN CUSTODY FOR VAGUE, BOGUS OR OTHERWISE QUESTIONABLE REASONS

EXHIBIT D-2