IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT KENAI

State of Alaska,
                                    Plaintiff,                    CASE NO: <u>3KN-15-00688CR</u>

vs.

Michael Mclaughlin,
                                    Defendant.            **PRELIMINARY EXAMINATION ORDER**
DOB: 03/10/1965                                    **HOLDING/DISCHARGING DEFENDANT**

A preliminary examination in the above case was held on _.

☐ ORDER HOLDING DEFENDANT

It appears from the evidence that there is probable cause to believe that the offense of _ in violation of _ has been committed, and there is probable cause to believe that the defendant committed it.

IT IS THEREFORE ORDERED that the defendant be held to answer and is hereby bound over to Superior Court for further proceedings.

☐ Bail is set at $ .
☐ Bail continues as previously set.

☒ ORDER DISCHARGING DEFENDANT

☒ The state has failed to produce any evidence at the scheduled Preliminary Hearing. Thus, the court is required by Criminal Rule 5.1 to dismiss ~~the complaint.~~ *Count 2* .

☐ The state having presented evidence at the Preliminary Hearing, there is no probable cause to believe the defendant committed the offense of _.

IT IS THEREFORE ORDERED that the complaint is dismissed without prejudice, the defendant is discharged, and any bond is exonerated.

_5/26/15_
Effective Date                                    Judge

I certify that on _5|29|15_
a copy of this order was mailed or delivered to:   DA
                                                   PO

Clerk: _____

Exhibit "E"