Department of Law, Criminal Division
120 Trading Bay Rd Ste 200
Kenai, AK 99611
Phone: (907) 283-3131  Fax: (907) 283-9553

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT KENAI

STATE OF ALASKA,

    Plaintiff,

vs.

MICHAEL LEE MCLAUGHLIN
DOB: 03/10/1965
APSIN ID: 5132991
DMV NO.: 5132991 AK
ATN: 114775407

    Defendant.

Case No. 3KN-15-00688CR

FILED IN OPEN COURT
Date: 5-29-15
Clerk: AK

## INDICTMENT

I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

The following counts charge a crime involving DOMESTIC VIOLENCE as defined in AS 18.66.990: None

**Count I - AS 11.46.500(a)(1)**
**Forgery In The First Degree**
**Michael Lee Mclaughlin – CTN 002**

THE GRAND JURY CHARGES:

**COUNT I:**

That on or about May 14, 2015, at or near Kenai, in the Third Judicial District, State of Alaska, MICHAEL LEE MCLAUGHLIN knowingly possessed a forged instrument, and the written instrument is or purports to be part of an issue of money,

"EXHIBIT E-1"

securities, postage, revenue stamps, or other valuable instrument issued by a government or governmental agency.

All of which is a class B felony offense being contrary to and in violation of AS 11.46.500(a)(1) and against the peace and dignity of the State of Alaska.

DATED this 29th day of May, 2015 at Kenai, Alaska.

A true bill

_____  _____
Grand Jury Foreperson              Amanda L. Browning
                                   Assistant District Attorney
                                   Alaska Bar No. 1205015

SEARCH WARRANTS ISSUED:
3AN-15-1123SW

WITNESSES EXAMINED BEFORE THE GRAND JURY:
Charles Lee

"EXHIBIT 'F-2'"