# IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA AT KENAI
## SUBPOENA

| | |
|---|---|
| To: Michael Lee Mclaughlin | APSIN: 5132991 DMV: 5132991 AK |
| DOB: 03/10/1965 | Police Report: 1505-0309 |
| | Other Phone(s): OTHER: (907) 260-3728 |
| Primary Phone: (907) 690-4172 | Company: |
| Home Address: Helgeson Avenue 7th house on the right Soldotna, AK 99669 | Work Address: |

You are commanded to appear and testify ☐ in court for or ☒ before the grand jury.

Date: June 26, 2015 Court Address & Room: , 125 Trading Bay Drive Ste 100, Kenai, AK
Time: 11:30AM

In the case of STATE v. MICHAEL LEE MCLAUGHLIN    Court No. 3KN-15-00688CR

☒ Subpoena for Grand Jury.

This subpoena shall remain in effect from the date you are required to appear until you are granted leave to depart by the court or by an officer acting at the direction of the court. If you fail to appear and testify as ordered, a warrant may be issued for your arrest.

☐ You are ordered to bring with you

This subpoena is issued at the request of the State of Alaska. You are entitled to witness fees from the District Attorney and (if you live more than 30 miles from the court) travel and living expenses. You must contact the District Attorney's office <u>before</u> you travel if you want to be paid travel expenses. <u>Failure to make prior contact may make you ineligible for payment of travel and witness fees</u>.

Both grand jury and court witnesses must call the number listed below before 4:30 p.m. the business day before your scheduled appearance to find out whether your appearance is still required on that date, the correct appearance time and further instructions.

**Contact person: Carol McCormick**
**Telephone: (907) 283-3131**
**District Attorney's Office**
**120 Trading Bay Rd Ste 200**
**Kenai, AK 99611-7716**

_Dundy Cheek_
Clerk of Court

Date Issued: June 26, 2015



"Exhibit G"

## RETURN

I served this subpoena on _____

on _____ in _____, Alaska.
   Date            City or other location

_____  _____  _____
   Signature      Type or print name    Title

Crim.R.17.Admin.R.7