Michael L. McLaughlin, pro per
c/o Wildwood Pretrial Facility
5 Chugach Ave., Bldg. # 5
Kenai, Alaska   99611-7098

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT KENAI ALASKA

FILED IN THE TRIAL COURTS
STATE OF ALASKA THIRD DISTRICT,
AT KENAI ALASKA
AUG - 6 2015
Clerk of the Trial Courts
By_____Deputy

| | |
|---|---|
| STATE OF ALASKA, | ) |
| Plaintiff; | ) |
| vs | ) |
| MICHAEL L. McLAUGHLIN, | ) |
| Defendant. | ) Case No. # 3KN-15-630 Cr., |
| | ) Case No. # 3KN-15-688 Cr., |

## McLAUGHLIN'S SECOND NOTICE OF A DEMAND FOR PRODUCTION

COMES NOW the defendant, Michael L. McLaughlin, appearing In Properia Persona and by authority of Criminal Rule 16, to hereby notice this court of his second attempt to obtain discovery in the above captioned cases. Evidence of his first attempt appears in a similar notice filed with the District Court on or about June 11, 2015. It appears within the record is State v McLaughlin, 3KN-15-630 Cr.

At present, McLaughlin merely seeks to lodge the attached offering with this court as a showing of diligence on his part. However, motion(s) to compel may soon follow.

SUBMITTED this the 3rd of August, 2015.

_____
Michael L. McLaughlin
In Properia Persona
Defendant

I CERTIFY that a true and correct copy of this pleading and all its attachments was served by mail to Amanda Browning - ADA and _____ on this the 3rd of August, 2015.

_____
Michael L. McLaughlin, pro per

"Exhibit H-1"

Case 3:16-cv-00061-RRB   Document 1-7   Filed 03/08/16   Page 1 of 2

Michael L. McLaughlin, pro per
c/o Wildwood Pretrial Facility
5 Chugach Ave., Bldg. # 5
Kenai, Alaska        99611-7098

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KENAI ALASKA

STATE OF ALASKA,                )
                                )
            Plaintiff;          )
    vs                          )
                                )
MICHAEL L. McLAUGHLIN,          )
                                )
            Defendant.          )
                                )
_____)   Case No. # 3KN-15-688 Cr.,

### DEFENSE EXHIBIT(S) "B"

### COPIES OF STATE'S EXHIBIT ONE/PURPORTEDLY FORGED INSTRUMENT

ACTUAL ITEMS IS AS YET UNAVAILABLE DUE TO DISCOVERY VIOLATIONS
- AND -
INTENTIONAL WITHHOLDING OF EVIDENCE BY THE KENAI DISTRICT ATTORNEY

"Exhibit H-2"

"EXHIBIT(S) B"