Department of Law, Criminal Division
120 Trading Bay Rd Ste 200
Kenai, AK 99611
Phone: (907) 283-3131 Fax: (907) 283-9553

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT KENAI

STATE OF ALASKA,

    Plaintiff,

vs.

MICHAEL LEE MCLAUGHLIN
DOB: 03/10/1965
APSIN ID: 5132991
DMV NO.: 5132991 AK
ATN: 114775407

    Defendant

Case No. 3KN-15-00688CR

FILED in the Trial Courts
State of Alaska Third District
at Kenai, Alaska

SEP - 4 2015

Clerk of the Trial Courts
By _____ Deputy

## DISMISSAL

I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

The following charges are hereby dismissed without prejudice by the prosecuting attorney pursuant to Criminal Rule 43(a):

**Count I - 11.46.500(a)(1)**
**Forgery In The First Degree**
Michael Lee Mclaughlin – CTN 002

**Count II - 11.56.757(b)(1)**
**Violations of Conditions of Release for a Felony**
Michael Lee Mclaughlin – CTN 001

Dated at Kenai, Alaska, this 4th day of September, 2015.

CRAIG W. RICHARDS
ATTORNEY GENERAL

By: _Amanda L Browning_
Amanda L. Browning
Assistant District Attorney
Alaska Bar No. 1205015

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on the 4th day of September, 2015, the above document was (mailed/delivered) (Faxed) to the attorney of record/defendant in the above matter.
DISTRICT ATTORNEY OFFICE, Kenai
By: _____

Michael McLaughlin
Wildwood Pretrial
Schyach Ave

"EXHIBIT J"