Department of Law, Criminal Division
120 Trading Bay Rd Ste 200
Kenai, AK 99611
Phone: (907) 283-3131 Fax: (907) 283-9553

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KENAI

STATE OF ALASKA,

    Plaintiff,

vs.

MICHAEL LEE MCLAUGHLIN
DOB: 03/10/1965
APSIN ID: 5132991
DMV NO.: 5132991 AK
ATN: 114259896

    Defendant

No. 3KN-15-00630CR

## DISMISSAL

I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

The following charges are hereby dismissed without prejudice by the prosecuting attorney pursuant to Criminal Rule 43(a):

**Count I - 11.71.040(a)(3)(A)(ii)**
**Misconduct Involving A Controlled Substance In The Fourth Degree**
**Michael Lee Mclaughlin - 001**

**Count II - 11.71.040(a)(3)(A)(i)**
**Misconduct Involving A Controlled Substance In The Fourth Degree**
**Michael Lee Mclaughlin - 002**

**Count III - 11.71.050(a)(2)(A)**
**Misconduct Involving A Controlled Substance In The Fifth Degree**
**Michael Lee Mclaughlin - 003**

"Exhibit K-1"

**Count IV - 11.71.050(a)(2)(A)**
**Misconduct Involving A Controlled Substance In The Fifth Degree**
**Michael Lee Mclaughlin - 004**

Dated at Kenai, Alaska, this 7th day of January, 2016.

CRAIG W. RICHARDS
ATTORNEY GENERAL

By: *Amanda L Browning*
Amanda L. Browning
Assistant District Attorney
Alaska Bar No. 1205015

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on the 8th day of January, 2016, the above document was mailed/delivered to the attorney of record/defendant in the above matter.
DISTRICT ATTORNEY OFFICE, Kenai
By: _____

Michael McLaughlin
c/o Wildwood Pretrial
5 Chugach Ave, Bldg #5
Kenai, AK 99611

"Exhibit K-2"

Department of Law, Criminal Division
120 Trading Bay Rd Ste 200
Kenai, AK 99611
Phone: (907) 283-3131 Fax: (907) 283-9553

Dismissal
*State v. Michael Lee Mclaughlin*, 3KN-15-00630CR
Page - 2 - of 2