Time Run: 11:53
Date Run: 02/23/2016
Offender Name: MCLAUGHLIN , MICHAEL LEE
Supervison Level: MAXIMUM

OFFENDER HISTORY
01/01/2011 To 05/08/2015

Page: 1
Offender Number: 166227

Effective Date | | Processed Date

**05/08/2015 Case Update** — jehoward — 05/08/2015

*[Handwritten margin note: STATEMENT MADE TO MCLAUGHLIN'S PROBATION OFFICER RE 3KN-15-630]*

On 05/07/15 the D admitted to his 4th Supplemental PTRP #3, and he was sentenced to a Rule 11 in his felony probation case in 3HO-06-506CR before Judge Bauman as follows: 13 months flat time imposed and probation terminated.

He is pending new drug possession charges in 3KN-15-630CR for which ADA Browning may not be able to get a conviction, and I was informed that it may take a year to even get resolved. If she gets a conviction she intends to get a flat sentence nonetheless. The D was released on bail at yesterday's disposition hearing pending the above matter.

The file is to be forwarded to our closed records.

**05/07/2015 CRITICAL: C-Note: MOVEMENT  Location: D/CHG OUT OF SYSTEM** — meweeks — 05/07/2015

Offender moved to History at 17:45
The following offender(s) were involved:
    MCLAUGHLIN, MICHAEL LEE(166227)

**03/27/2015 C-Note: PREA ASSESSMENT  Location: WILDWOOD PRETRIAL** — banye — 03/27/2015

Assessment Complete. at 15:58
The following offender(s) were involved:
    MCLAUGHLIN, MICHAEL LEE(166227)

**03/27/2015 Case Update** — jmculver — 03/27/2015

Stop and Hold Search and Report taken out of APSIN on 3/27/2015 as P was remanded on 3/26/2015 and is in WWCC.

**03/26/2015 LAW ENFORCEMENT contact/LAW ENFORCEMENT AGENCY** — wgfenske — 03/26/2015

ON 03/26/2015 AT 16:58 WGFENSKE AND NO SECONDARY CONTACT MADE A SUPERVISION CONTACT WITH THE RESULT OF SUCCESSFUL.

On 3/26/2015 I was called by AST Dispatch. They informed me that Trooper Woodruff was in contact with D, who was a passenger in a vehicle, and noted that he had a stop and hold search and report in APSIN. I reviewed D's conditions of probation, and requested that Trooper Woodruff obtain a PBT sample from D, and that he search the area within D's immediate reach within the vehicle. I also asked that AST contact me after the search and PBT are completed, so that reporting instructions could be given to D. I subsequently spoke with Trooper Woodruff, who informed me that a small amount of methamphetamine was found between the driver's seat and center console of the vehicle in which D was in the passenger seat. Trooper Woodruff indicated that D was in the passenger seat of a vehicle in which Clifford Albrecht was also present. A nearby vehicle was occupied by Carrie Ann Causa. D provided a PBT sample which showed his BrAC to be .069%. I requested that D be arrested for probation violations. I subsequently contacted Sgt. Weeks at WPTF and requested that his staff obtain a UA from D, and notify KPO of its results. At approx. 18:53 Trooper Woodruff called and informed me that Ms. Causa had consented to a search of her vehicle, and during that search Troopers found a bag behind the passenger seat which contained 4 xanax, 3 valium, and a drug kit. Ms. Causa attributed ownership of the bag to D. Information to be forwarded to PO Howard for further action/filing of supplemental PTRP.

**03/12/2015 Case Update** — jehoward — 03/12/2015

The D failed to report to his scheduled OV on 3/11/2015 at 10:00 a.m. no word has been heard from him, and he reported no address when he released on 3/03/15. He perpetually fails to comply.

**03/11/2015 Case Update** — jmstuart — 03/11/2015

Stop and hold-search and report entered into APSIN on this date per PO Howard.

**03/03/2015 CRITICAL: C-Note: MOVEMENT  Location: KENAI PROB** — bjkincai — 03/03/2015

*[Exhibit 1 stamp at right margin]*